# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

## CHAPTER 13 PLAN - MODIFIED
## AND RELATED MOTIONS

Name of Debtor(s):     **Mike Sabri Daniel**
**Nataly Najib Daniel**                          Case No:  **08-32942-T**

This plan, dated __**November 12, 2008**__, is:

☐     the *first* Chapter 13 plan filed in this case.
■     a modified plan, which replaces the plan dated ___**June 30, 2008**___.

Date and Time of <u>Modified Plan</u> Confirming Hearing:
**December 23, 2008 @ 11:00 a.m.**
Place of <u>Modified Plan</u> Confirmation Hearing:
**701 E. Broad St., Room 5100, Richmond, VA 23219**

The plan provisions modified by this filing are:
**1:Modify funding; 2-B: Provide for Additional Priority tax claim; 3-B: Provide for Secured claims; 5-A: Provide for post petition mortgage arrears**

Creditors affected by this modification are:
**SunTrust, County of Henrico, Virginia Dept. of Taxation**

**NOTICE: YOUR RIGHTS WILL BE AFFECTED. You should read these papers carefully. If you oppose any provision of this plan, or if you oppose any included motions to (i) value collateral, (ii) avoid liens, or (iii) assume or reject unexpired leases or executory contracts, you MUST file a timely written objection.**

**This plan may be confirmed and become binding, <u>and the included motions in paragraphs 3, 6, and 7 to value collateral, avoid liens, and assume or reject unexpired leases or executory contracts may be granted</u>, without further notice or hearing unless a written objection is filed not later than ten (10) days prior to the date set for the confirmation hearing and the objecting party appears at the confirmation hearing.   If no objections are timely filed, a confirmation hearing will NOT be held.**

The debtor(s)' schedules list assets and liabilities as follows:

Total Assets: **$483,475.00**
Total Non-Priority Unsecured Debt: **$268,305.00**
Total Priority Debt: **$17,896.06**
Total Secured Debt: **$408,050.23**

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

1.  **Funding of Plan.**  The debtor(s) propose to pay the trustee the sum of **$2,500.00 Monthly for 4 months, then $2,575.00 Monthly for 56 months**.  Other payments to the Trustee are as follows: ___**NONE**___.  The total amount to be paid into the plan is $___**154,200.00**___.

2.  **Priority Creditors.**  The Trustee shall pay allowed priority claims in full unless the creditor agrees otherwise.

    A.  **Administrative Claims under 11 U.S.C. § 1326.**

        1.  The Trustee will be paid 10% of all sums disbursed except for funds returned to the debtor(s).
        2.  Debtor(s)' attorney will be paid $___**2,800.00**___ balance due of the total fee of $___**3,000.00**___ concurrently with or prior to the payments to remaining creditors.

    B.  **Claims under 11 U.S.C. §507.**
        The following priority creditors will be paid by deferred cash payments pro rata with other priority creditors or in monthly installments as below, except that allowed claims pursuant to 11 U.S.C. § 507(a)(1) will be paid prior to other priority creditors but concurrently with administrative claims above:

| Creditor | Type of Priority | Estimated Claim | Payment and Term |
|---|---|---|---|
| **City of Richmond** | **Taxes and certain other debts** | 3,213.00 | Prorata 12 months |
| **County of Chesterfield** | **Taxes and certain other debts** | 409.00 | Prorata 12 months |
| **County of Henrico** | **Taxes and certain other debts** | 92.50 | Prorata 12 months |
| **Internal Revenue Service** | **Taxes and certain other debts** | 9,642.21 | Prorata 12 months |
| **Virginia Dept of Taxation** | **Taxes and certain other debts** | 39.35 | Prorata 12 months |
| **Virginia Dept of Taxation** | **Taxes and certain other debts** | 4,500.00 | Prorata 12 months |

3.  **Secured Creditors and Motions to Value Collateral.**

    This paragraph provides for claims of creditors who hold debts that are secured by real or personal property of the debtors(s) but (a) are not secured solely by the debtor(s)' principal residence and (b) do not have a remaining term longer than the length of this plan.

    A.  **Claims to Which § 506 Valuation is NOT Applicable.** Claims listed in this subsection consist of debts secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor for which the debt was incurred within 910 days of the filing of the bankruptcy petition, or if the collateral for the debt is any other thing of value, the debt was incurred within 1 year of filing. See § 1325(a)(5). After confirmation of the plan, the Trustee will pay to the holder of each allowed secured claim the monthly payment in column (f) based upon the amount of the claim in column (d) with interest at the rate stated in column (e). **Upon confirmation of the plan, the interest rate shown below will be binding unless a timely written objection to confirmation is filed and sustained by the Court.** Payments distributed by the Trustee are subject to the availability of funds.

| (a) Creditor | (b) Collateral | (c) Purchase Date | (d) Est Claim Amt | (e) Interest Rate | (f) Monthly Paymt& Estimate Term** |
|---|---|---|---|---|---|
| **Toyota Motor Credit** | **2006 Toyota Tacoma with 21,000 miles** | **August 1, 2006** | **9,749.98** | **5%** | **183.99 60 months** |

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

**B.** **Claims to Which §506 Valuation is Applicable.** Claims listed in this subsection consist of any claims secured by personal property not described in Plan paragraph 3.A. After confirmation of the plan, the Trustee will pay to the holder of each allowed secured claim the monthly payment in column (f) based upon the replacement value as stated in column (d) or the amount of the claim, whichever is less, with interest at the rate stated in column (e). The portion of any allowed claim that exceeds the value indicated below will be treated as an unsecured claim. **Upon confirmation of the plan, the valuation and interest rate shown below will be binding unless a timely written objection to confirmation is filed and sustained by the Court.** Payments distributed by the Trustee are subject to the availability of funds.

| (a)<br>Creditor | (b)<br>Collateral | (c)<br>Purchase Date | (d)<br>Replacement Value | (e)<br>Interest Rate | (f)<br>Monthly Paymt & Estimate Term** |
|---|---|---|---|---|---|
| County of Henrico | Personal Property taxes for TY 2007-2008 | 2007-2008 | 2,305.96 | 4% | 42.47<br>60 months |
| County of Henrico | Real Estate Taxes for TY 2008 | 2008 | 1,500.31 | 4% | 27.63<br>60 months |
| GMAC | 2005 Chevrolet Suburban with 31000 miles | 05/05 | 24,750.00 | 5% | 78.72<br>60 months |
| Home Furnishings Credit Co. | dining room set and couch | 12/06 | 4,000.00 | 5% | 32.21<br>60 months |

**\*\* THE MONTHLY PAYMENT STATED HERE SHALL BE THE ADEQUATE PROTECTION PAYMENTS PURSUANT TO 1326(a)(1)(C) TO THESE CREDITORS UNLESS OTHERWISE PROVIDED IN PARAGRAPH 11 OR BY SEPARATE ORDER OF THE COURT.**

**C.** **Collateral to be surrendered.** Upon confirmation of the plan, or before, the debtor will surrender his or her interest in the collateral securing the claims of the following creditors in satisfaction of the secured portion of such creditors' allowed claims. To the extent that the collateral does not satisfy the claim, any timely filed deficiency claim to which the creditor is entitled shall be paid as a non-priority unsecured claim. The order confirming the plan shall have the effect of terminating the automatic stay as to the collateral surrendered.

| Creditor | Collateral Description | Estimated Total Claim | Full Satisfaction (Y/N) |
|---|---|---|---|
| -NONE- | | | |

**4.** **Unsecured Claims.**

**A.** **Not separately classified.** Allowed non-priority unsecured claims shall be paid pro rata from any distribution remaining after disbursement to allowed secured and priority claims. Estimated distribution is approximately __**31**__ %. If this case were liquidated under Chapter 7, the debtor(s) estimate unsecured creditors would receive a dividend of approximately __**0**__ %.

**B.** **Separately classified unsecured claims.**

| Creditor | Basis for Classification | Treatment |
|---|---|---|
| -NONE- | | |

**5.** **Long Term Debts and claims Secured by the Debtor(s)' Primary Residence.**

Creditors listed below are either secured by the debtor(s)' principal residence or hold a debt the term of which extends beyond the term of this plan.

**A.** **Debtor(s) to pay claim directly.** The creditors listed below will be paid by the debtor(s) pursuant to the contract without modification, except that arrearages, if any, will be paid by the Trustee either pro rata with other secured claims or on a fixed monthly basis as indicated below.

| Creditor | Collateral | Regular<br>Contract<br>Payment | Estimated<br>Arrearage | Interest<br>Rate | Estimated<br>Cure Period | Monthly<br>Arrearage<br>Payment |
|---|---|---|---|---|---|---|

Page 3

| Creditor | Collateral | Regular Contract Payment | Estimated Arrearage | Interest Rate | Estimated Cure Period | Monthly Arrearage Payment |
|---|---|---|---|---|---|---|
| **SunTrust Mortgage** | **Single Family Home: 9532 Pine Trails Ct., Richmond, VA 23294** | **2,211.00** | **4,617.79** | **0%** | **60 months** | **76.96** |
| **SunTrust Mortgage** | **Single Family Home: 9532 Pine Trails Ct., Richmond, VA 23294** | **800.00** | **0.00** | **0%** | **0 months** | |
| **SunTrust Mortgage** | **Single Family Home: 9532 Pine Trails Ct., Richmond, VA 23294-Post Petiton Mortgage Arrears** | **2,211.00** | **9,714.08** | **0%** | **56 months** | **173.47** |

B. **Trustee to pay the contract payments and the arrearages.** The creditors listed below will be paid by the Trustee the regular contract monthly payments during the term of this plan. The arrearage claims, if any, will be cured by the Trustee by payments made either pro rata with other secured claims or by fixed monthly payments as indicated below.

| Creditor | Collateral | Regular Contract Payment | Estimated Arrearage | Interest Rate | Term for Arrearage | Monthly Arrearage Payment |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

6. **Executory Contracts and Unexpired Leases.** The debtor(s) move for assumption or rejection of the executory contracts and leases listed below.

A. **Executory contracts and unexpired leases to be rejected.** The debtor(s) reject the following executory contracts.

| Creditor | Type of Contract |
|---|---|
| **Cintas** | **Uniform Contract: Reject** |
| **In Charge** | **Debt Consolidation contract - Reject** |
| **Sprint** | **Cell Phone - Reject** |

B. **Executory contracts and unexpired leases to be assumed.** The debtor(s) assume the following executory contracts. The debtor agrees to abide by all terms of the agreement. The Trustee will pay the pre-petition arrearages, if any, through payments made pro rata with other priority claims or on a fixed monthly basis as indicated below.

| Creditor | Type of Contract | Arrearage | Monthly Payment for Arrears | Estimated Cure Period |
|---|---|---|---|---|
| -NONE- | | | | |

7. **Motions to Avoid Liens.**

A. **The debtor(s) move to avoid liens pursuant to 11 U.S.C. § 522(f).** The debtor(s) move to avoid the following judicial liens and non-possessory, non-purchase money liens that impair the debtor(s)' exemptions. **Unless a written objection is timely filed with the Court, the Court may grant the debtor(s)' motion and cancel the creditor's lien.** If an objection is filed, the Court will hear evidence and rule on the motion at the confirmation hearing.

| Creditor | Collateral | Exemption Basis and Amount | Value of Collateral |
|---|---|---|---|
| -NONE- | | | |

B. **Avoidance of security interests or liens on grounds other than 11 U.S.C. § 522(f).** The debtor(s) have filed or will file and serve separate pleadings to avoid the following liens or security interests. The creditor should review the notice or summons accompanying such pleadings as to the requirements for opposing such relief. The listing here is for informational purposes only.

| Creditor | Type of Lien | Description of Collateral | Basis for Avoidance |
|---|---|---|---|
| -NONE- | | | |

Page 4

8. **Treatment of Claims.**

- All creditors must timely file a proof of claim to receive payment from the Trustee.
- If a claim is scheduled as unsecured and the creditor files a claim alleging the claim is secured but does not timely object to confirmation of the plan, the creditor may be treated as unsecured for purposes of distribution under the plan. This paragraph does not limit the right of the creditor to enforce its lien, to the extent not avoided or provided for in this case, after the debtor(s) receive a discharge.
- If a claim is listed in the plan as secured and the creditor files a proof of claim alleging the claim is unsecured, the creditor will be treated as unsecured for purposes of distribution under the plan.

9. **Vesting of Property of the Estate.** Property of the estate shall revest in the debtor(s) upon confirmation of the plan. Notwithstanding such vesting, the debtor(s) may not sell, refinance, or encumber real property without approval of the court.

10. **Incurrence of indebtedness.** During the term of the plan, the debtor(s) shall not voluntarily incur additional indebtedness in an amount exceeding $5,000 without approval of the court.

11. **Other provisions of this plan:**
**I. Payment of Attorney Fees and Expenses - The claim for attorney fees and expenses shall be paid all funds available on first disbursement after confirmation of the plan, and until such claim for attorney fees and expenses is paid in full, except as reserved for adequate protection payments on allowed secured claims (if any), and trustee commissions.**

**II. Adequate Protection - Creditors with allowed secured claims provided for in Section 3.A. & 3.B. shall be paid monthly adequate protection payments through the Chapter 13 Trustee until Plan confirmation as follows:**
**Toyota Motor Credit: $95.00**
**Home Furnishings Credit Corporation: $25.00**
**GMAC: $30.00**

**III. Direct Payments on Long-Term Debts**
**Direct payment for the following creditor:**

**Creditor: Citibank Student Loan Corporation**

**Under 11 U.S.C. Section 1322(b)(5), since the last payment on the claim is due after the date on which the final payment under the plan is due, the debtor can maintain regular payments while in the plan.**

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

**Signatures:**


Dated:   **November 12, 2008**


**/s/ Mike Sabri Daniel**                                                    **/s/ Suzanne E. Wade VSB**
**Mike Sabri Daniel**                                                        **Suzanne E. Wade VSB 31868**
**Debtor**                                                                   **Debtor's Attorney**

**/s/ Nataly Najib Daniel**
**Nataly Najib Daniel**
**Joint Debtor**


Exhibits:          **Copy of Debtor(s)' Budget (Schedules I and J);**
                   **Matrix of Parties Served with plan**


Certificate of Service


    I certify that on   **November 12, 2008**   , I mailed a copy of the foregoing to the creditors and parties in interest on the
attached Service List.


                   **/s/ Suzanne E. Wade VSB**
                   **Suzanne E. Wade VSB 31868**
                   Signature

                   **P.O. Box 11588**
                   **Richmond, VA 23230-1588**
                   Address

                   **(804) 358-9900**
                   Telephone No.


Ver. 06/28/06 [effective 09/01/06]

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Mike Sabri Daniel**
      **Nataly Najib Daniel**                            Case No.   **08-32942-T**

                                  Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - MODIFIED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Son** | AGE(S):<br>**3**<br>**7** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Small Business Owner, Auto Glass** | |
| Name of Employer | **Self Employed** | **Home Maker and Student** |
| How long employed | **4 years** | |
| Address of Employer | **5025 A Old Midlothian Turnpike<br>Richmond, VA 23224** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
|    b. Insurance | $ | 0.00 | $ | 0.00 |
|    c. Union dues | $ | 0.00 | $ | 0.00 |
|    d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 38,853.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance<br>(Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income<br>(Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 38,853.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 38,853.00 | $ | 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | 38,853.00 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re **Mike Sabri Daniel**
**Nataly Najib Daniel**        Case No.  **08-32942-T**
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - MODIFIED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 3,011.40 |
|   a. Are real estate taxes included?  Yes **X**  No ___ | | |
|   b. Is property insurance included?  Yes **X**  No ___ | | |
| 2. Utilities:  a. Electricity and heating fuel | $ | 200.00 |
|          b. Water and sewer | $ | 80.00 |
|          c. Telephone | $ | 0.00 |
|          d. Other  **See Detailed Expense Attachment** | $ | 383.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 50.00 |
| 4. Food | $ | 475.00 |
| 5. Clothing | $ | 24.00 |
| 6. Laundry and dry cleaning | $ | 22.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 25.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|       a. Homeowner's or renter's | $ | 0.00 |
|       b. Life | $ | 0.00 |
|       c. Health | $ | 0.00 |
|       d. Auto | $ | 332.00 |
|       e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|     (Specify)  **Personal Property** | $ | 25.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|       a. Auto | $ | 0.00 |
|       b. Other | $ | 0.00 |
|       c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 30,765.00 |
| 17. Other  **See Detailed Expense Attachment** | $ | 535.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 36,277.40 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 38,853.00 |
| b.   Average monthly expenses from Line 18 above | $ | 36,277.40 |
| c.   Monthly net income (a. minus b.) | $ | 2,575.60 |

In re **Mike Sabri Daniel**
**Nataly Najib Daniel**
_____     Case No.   **08-32942-T**   _____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - MODIFIED
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **Cable & Internet & Phone** | $ | **233.00** |
| **Cell Phone** | $ | **150.00** |
| **Total Other Utility Expenditures** | $ | **383.00** |

**Other Expenditures:**

| | | |
|---|---|---|
| **Haircuts and Personal Grooming** | $ | **50.00** |
| **Miscellaneous Expense** | $ | **25.00** |
| **School lunches** | $ | **60.00** |
| **Child Care/ School Activities** | $ | **400.00** |
| **Total Other Expenditures** | $ | **535.00** |

Office of the US Trustee
701 E. Broad Street
Room 4304
Richmond, VA 23219


American Express
Attn: Bankruptcy Dept
777 American Expressway
Ft. Lauderdale, FL 33337


American General
9022 W. Broad Street
Richmond, VA 23294-5816


Bank of America
PO Box 15026
Wilmington, DE 19850-5026


Bannon Insurance Agency
6372 Mechanicsville Trpk
Mechanicsville, VA 23111


Barclays Bank
100 S. West Street
Wilmington, DE 19801


C.R. Laurence Company
1511 Lancer Drive
Moorestown, NJ 08057


Capital 1 Bank
PO Box 30285
Salt Lake City, UT 84130


Cintas
PO Box 625737
Cincinnati, OH 45262


Citibank Student Loan Corp
c/o Citibank (Nevada), N.A.
PO BOX 6615
The Lakes, NV 88901-6615

City of Richmond
Dept. of Finance/ Tax Enforce.
900 E. Broad St., Room 100
Richmond, VA 23219


CMRE Financial Serv. Inc.
3075 E. Imperial Hwy #200
Brea, CA 92821-6753


County of Chesterfield
Treasurer
P.O. Box 40
Chesterfield, VA 23832


County of Henrico
Delinquent Tax Dept
P.O. Box 27032
Richmond, VA 23273


Discover
Attn: Bankruptcy Dept
P.O. Box 8003
Hilliard, OH 43026-9900


ECMC
7325 Beaufont Springs
Suite 200
Richmond, VA 23225


Equity One
Recovery Unit
301 Lippincott Dr., 4th Fl
Marlton, NJ 08053


First Revenue Assurance
Re: Bankruptcy
P.O. Box 5818
Denver, CO 80217


Focused Recovery Solutions
Re: Bankruptcy
9701 Metropolitan Ct, Suite B
Richmond, VA 23236-3662

Gary R. Hershner
9 South Adams Street
Richmond, VA 23220-5601


GEMB/JCP
Re: Bankruptcy
P.O. Box 981402
El Paso, TX 79998


GEMB/Mervyns
Po Box 981064
El Paso, TX 79998


GEMB/WALM
Re: Bankruptcy
P.O. Box 981402
El Paso, TX 79998


GMAC
P.O. Box 2150
Greeley, CO 80632-2150


Henrico Doctor's Hospital
Attn: Legal Dept.
P.O. Box 13620
Richmond, VA 23225


HFC
Re: Bankruptcy
7362 Bell Creek Road
Mechanicsville, VA 23111


Home Furnishings Credit Co.
Attn: Bankruptcy Department
5324 Virginia Beach Boulevard
Virginia Beach, VA 23462


HSBC/Best Buy
RE: Bankruptcy
PO Box 15521
Wilmington, DE 19850


Idearc Media
3635 Concorde Pkwy
Suite 200
Chantilly, VA 20151

```
In Charge
2101 Park Center Drive
Orlando, FL 32835


Internal Revenue Service
400 N Eighth St Rm 898
P.O. Box 10025
Richmond, VA 23240


J.C. Christensen & Assoc., Inc
RE: Iowa Glass Depot
PO Box 519
Sauk Rapids, MN 56379


Kohl's - Recovery
Attn: Bankruptcy Dept
P.O. Box 3004
Milwaukee, WI 53201


La Palma Intercommunity Hosp.
3033 West Orange
Anaheim, CA 92804


Lane Bryant
P.O. Box 182121
Columbus, OH 43218-2121


Macy's
Re: Bankruptcy
PO Box 689195
Des Moines, IA 50368


Merchangt Advance LLC.
4755 Park Ave South 15th Floor
New York, NY 10016


Merchant Services
4755 Park Ave South
15th floor
New York, NY 10016


Michael A. Rossetti, DDS
Re: Bankruptcy
2613 N. Parham Road
Richmond, VA 23294
```

Orbitz Worldwide, Inc.
500 W. Madison
Chicago, IL 60661


Puzzlemania
Re: Bankruptcy
P.O. Box 5071
Clifton, NJ 07015-5071


Sears Bankruptcy Recovery
Citibank USA Sears
PO Box 20363
Kansas City, MO 64195


Service Auto Glass
PO Box 633203
Cincinnati, OH 45263


Sprint
Attn: Bankruptcy Dept
2001 Edmund Halley Drive
Reston, VA 20191


SunTrust Mortgage
Attn: Bankruptcy Dept.
PO Box 27767
Richmond, VA 23261-7767


Target
Bankruptcy Department
PO Box 1327
Minneapolis, MN 55440


THD/CBSD
CCS Gray OPS Center
Johnson City, TN 37615


Toyota Motor Credit
Po Box 371339
Pittsburgh, PA 15250


Travelocity
1061 Hanover Street
Sugar Notch, PA 18706

Tuckahoe Orthopaedic
Re: Bankruptcy
P.O. Box 71690
Richmond, VA 23255


Virginia Dept of Taxation
P.O. Box 2156
Richmond, VA 23218


Virginia Physicians for Women
PO Box 6829
Richmond, VA 23230-0829


W. Joseph Owen III
1930 Huguenot Rd
Richmond, VA 23235


Yellow Book USA
Re: Bankruptcy
2560 Renaissance Blvd.
King Of Prussia, PA 19406