UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: | BCN#: 08-32942-DOT |
| MIKE S. DANIEL and NATALY N. DANIEL | Chapter: 13 |
|     Debtor(s) | |

SUNTRUST MORTGAGE, INC.
    Movant/Secured Creditor,
v.
MIKE S. DANIEL and NATALY N. DANIEL
    Debtor(s)
and
ROBERT E HYMAN
    Trustee
    Respondents

## NOTICE OF SECURED CREDITOR'S RIGHT TO COMMENCE FORECLOSURE PROCEEDINGS

THE CLERK WILL PLEASE note, and those to whom this notice is directed as indicated in the certificate below, will please take notice that:

1. The undersigned is counsel of record for SUNTRUST MORTGAGE, INC., a secured creditor of the above referenced Debtor(s) whose debt is secured by real property.

2. Pursuant to the terms of the Consent Order entered November 7, 2008, this Notice serves as the Secured Creditor's notice of its right to commence foreclosure proceedings pursuant to the Deed of Trust dated November 27, 2006, and recorded among the land records of the County of Henrico, for the property designated as 9532 PINE TRAILS COURT, Richmond, VA 23294, by virtue of the lifting of the stay of 11 U.S. C. §362(a).

_12-17-08_
Date

_/s/ TJS_
TRENITA JACKSON STEWART

Trenita Jackson-Stewart, Esquire VSB# 48412
SHAPIRO & BURSON, LLP
236 CLEARFIELD AVENUE, SUITE 215
VIRGINIA BEACH, VA 23462
(757) 687-8777    08-133727D

## CERTIFICATE OF SERVICE

I hereby certify that on the __17__ day of __Dec__ 2008, I electronically transmitted and/or mailed copies of the Foregoing Notice of Relief by first class mail to:

BOLEMAN LAW FIRM
P.O. BOX 11588
RICHMOND, VA 23230

ROBERT E HYMAN
P.O. BOX 1780
RICHMOND, VA 23218

MIKE SABRI AND NATALY NAJIB DANIEL
9532 PINE TRAILS COURT
Richmond, VA 23294

TRENITA JACKSON STEWART, Esquire
SHAPIRO & BURSON, LLP
236 Clearfield Avenue, Suite 215
Virginia Beach, VA 23462
(757) 687-8777

08-133727D